IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DIRECTV INC,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL CARPENTER,<br><br>        Defendant.<br>_____/ | No. C 03-05247 CRB<br><br>**ORDER RE: REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

      The Court has reviewed Magistrate Judge Edward Chen's Report and Recommendation regarding plaintiffs' motion for default judgment and has also considered plaintiff's objections to the Report. Although the Court finds the Report well-reasoned and thorough, the Court takes a different position with respect to how judicial discretion should be exercised in this context. See Memorandum and Order Granting Motion to Enter Default Judgment, DirecTV Inc. v. Huynh, No. 04-3496 CRB (N.D. Cal. May 31, 2005) (setting forth this Court's position with respect to DirecTV default cases).

      The complaint in this action alleges that defendant purchased an "Unlooper," a "Netsignia 210 Programmer," a "Loader," and a "Wafer Bootloader." As stated by this Court in Huynh, allegations such as these--particularly the defendant's purchase of the "Unlooper"--are sufficient to merit entry of default judgment and an award of damages in the amount of $10,000. The Court agrees with the Report that plaintiff should be granted

1  attorneys' fees and costs in the amount of $1,933.70.

2  Accordingly, the Court ADOPTS IN PART the Report and Recommendation.  Default
3  judgment is hereby entered in favor of plaintiff and against defendant.  Defendant Michael
4  Carpenter is hereby ORDERED to pay to plaintiff DirecTV, Inc. $11,933.70.

5  **IT IS SO ORDERED.**

8  Dated:  May 31, 2005

/s/
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\5247\Carpenter Order.wpd          2